UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>CATHERINE L CHENDRAJ | : | Case No:    06-56908 |
| | : | Chapter 13 |
| | : | Judge:    C KATHRYN PRESTON |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  June 15, 2011                             /s/ Frank M. Pees
                                                                    _____
                                                                    Frank M. Pees
                                                                    Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| FASHION BUG<br>PO BOX 659728<br>SAN ANTONIO, TX  78265 | 0.14 |